In the Matter of the Probate of the Will of EDWARD B. HALSTED, Deceased.

FRANCES A. HALSTED, Appellant; CENTRAL HANOVER BANK AND TRUST COMPANY, as Executor, Respondent.

Argued April 3, 1939; decided April 18, 1939.

692

*Louis Halle* for appellant.

*Yorke Allen* and *Alice Claire McKeon* for respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.